UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | 03-MDL-1570 (GBD)(SN) |
| Eneida Ramos, individually, as surviving sibling of Rosa Gonzalez<br><br>Esterlina Rivera, individually, as surviving sibling of Rosa Gonzalez<br><br>Jose Gonzalez, individually, as surviving sibling of Rosa Gonzalez<br><br>Josefina Gonzalez, individually, as surviving parent of Rosa Gonzalez<br><br>Lydia E. Ramos-Gonzalez, individually, as surviving sibling of Rosa Gonzalez<br><br>Maria Gonzalez, individually, as surviving sibling of Rosa Gonzalez<br><br>Nelida Gonzalez, individually, as surviving sibling of Rosa Gonzalez<br><br>Reinaldo Ramos-Gonzalez, individually, as surviving sibling of Rosa Gonzalez<br><br>John Doe 22, being intended to designate the Personal Representative of the Estate of Andrew Peter Charles Curry Green, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Peter Charles Curry Green | XX-CV-XXXXX (GBD)(SN)<br><br>**SUDAN SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY** |

| | |
|---|---|
| Matthew Green, individually, as surviving sibling of Andrew Peter Charles Curry Green<br><br>Peter E. Green, individually, as surviving parent of Andrew Peter Charles Curry Green<br><br>Jo Ann McManus, individually, as surviving sibling of Matthew J. Grzymalski<br><br>Joseph W. Grzymalski as Personal Representative of the Estate of Peter John Grzymalski, deceased, the late sibling of Matthew J. Grzymalski<br><br>Joseph Walter Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski<br><br>Patti Ann Valerio, individually, as surviving sibling of Matthew J. Grzymalski<br><br>Paul Joseph Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski<br><br>Patricia Byrne, individually, as surviving sibling of Joseph Gullickson<br><br>Patricia Byrne as Personal Representative of the Estate of Patricia Gullickson, deceased, the late parent of Joseph Gullickson<br><br>Ralph Gullickson, individually, as surviving sibling of Joseph Gullickson<br><br>Ralph Gullickson and Patricia Byrne as Co-Personal Representatives of the Estate of Robert Gullickson, Sr., deceased, the late parent of Joseph Gullickson<br><br>Robert Gullickson, Jr., individually, as surviving sibling of Joseph Gullickson | |

| | |
|---|---|
| Thomas Gullickson, individually, as surviving sibling of Joseph Gullickson<br><br>Douglas Hall as Personal Representative of the Estate of Herman W. Hall, deceased, the late parent of Richard Hall<br><br>Douglas Hall as Personal Representative of the Estate of Ruth Hall, deceased, the late parent of Richard Hall<br><br>Douglas W. Hall, individually, as surviving sibling of Richard Hall<br><br>Shawn C. Hall, individually, as surviving child of Richard Hall<br><br>Carolyn Marie Kelly, individually, as surviving sibling of Timothy J. Hargrave<br><br>James Hargrave, Jr., individually, as surviving sibling of Timothy J. Hargrave<br><br>Jeanmarie Hargrave, individually, as surviving sibling of Timothy J. Hargrave<br><br>Kathryn M. Quinn, individually, as surviving sibling of Timothy J. Hargrave<br><br>Kathryn M. Quinn, as Personal Representative of the Estate of Kathryn Hargrave, deceased, the late parent of Timothy J. Hargrave<br><br>Mary Ann Struble, individually, as surviving sibling of Timothy J. Hargrave<br><br>Maureen Murphy, individually, as surviving sibling of Timothy J. Hargrave<br><br>Patricia Mansfield, individually, as surviving sibling of Timothy J. Hargrave<br><br>Beverly Harrington, individually, as surviving parent of Melissa M. Harrington-Hughes | |

| | |
|---|---|
| John Doe 24, being intended to designate the Personal Representative of the Estate of Melissa M. Harrington-Hughes, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Melissa M. Harrington-Hughes<br><br>Robert J. Harrington, individually, as surviving parent of Melissa M. Harrington-Hughes<br><br>Catherine Allen, individually, as surviving child of John Hartz<br><br>John Hartz, Jr., individually, as surviving child of John Hartz<br><br>Abdo Hashem, individually, as surviving sibling of Peter Hashem<br><br>Najat Janet Hashem, individually, as surviving sibling of Peter Hashem<br><br>Najat Janet Hashem as Personal Representative of the Estate of Rose Sue Hashem, deceased, the late sibling of Peter Hashem<br><br>Najwah Miceli, individually, as surviving sibling of Peter Hashem<br><br>Sabah Hashem-Daher, individually, as surviving sibling of Peter Hashem<br><br>Barbara Haskell as Personal Representative of the Estate of Thomas Haskell, deceased, the late sibling of Timothy Haskell | |

| | |
|---|---|
| Dawn H. Carbone, individually, as surviving sibling of Timothy Haskell<br><br>John Doe 26, being intended to designate the Personal Representative of the Estate of Timothy Haskell, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haskell<br><br>Kenneth Haskell, individually, as surviving sibling of Timothy Haskell<br><br>Kevin Haskell, individually, as surviving sibling of Timothy Haskell<br><br>Maureen Haskell, individually, as surviving parent of Timothy Haskell<br><br>Belinda Barino Dillard, individually, as surviving sibling of Ronnie Henderson<br><br>Bernice Dawn Dillard, individually, as surviving sibling of Ronnie Henderson<br><br>Sharon Henderson, individually, as surviving sibling of Ronnie Henderson<br><br>Valestine Henderson, individually, as surviving sibling of Ronnie Henderson<br><br>Kenneth Alan Davidson as Personal Representative of the Estate of David Cannella, deceased, the late child of Judith Hofmiller<br><br>Robert Hofmiller, individually, as surviving sibling of Judith Hofmiller | |

| | |
|---|---|
| Robert Hofmiller as Personal Representative of the Estate of Emma Graves, deceased, the late parent of Judith Hofmiller<br><br>Iris Marie Holohan, individually, as surviving parent of Thomas P. Holohan<br><br>Jennifer Holohan, individually, as surviving sibling of Thomas P. Holohan<br><br>Mary Alice Holohan, individually, as surviving sibling of Thomas P. Holohan<br><br>Megan Holohan, individually, as surviving sibling of Thomas P. Holohan<br><br>Sean Holohan, individually, as surviving sibling of Thomas P. Holohan<br><br>Anane Crandon, individually, as surviving sibling of Uhuru Houston<br><br>Efia Crandon, individually, as surviving sibling of Uhuru Houston<br><br>Efia Crandon as Personal Representative of the Estate of Estella Crandon, deceased, the late parent of Uhuru Houston<br><br>Kyra Houston, individually, as surviving sibling of Uhuru Houston<br><br>Deborah Bodner, individually, as surviving sibling of Thomas F. Hughes, Jr.<br><br>Deborah Bodner as Personal Representative of the Estate of Frances S. Hughes, deceased, the late parent of Thomas F. Hughes, Jr.<br><br>Harold Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr.<br><br>Kathleen Creran as Personal Representative of the Estate of Kevin T. | |

| | |
|---|---|
| Hughes, deceased, the late sibling of Thomas F. Hughes, Jr.<br><br>Mark F. Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr.<br><br>Martin S. Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr.<br><br>Tara Leonardi, individually, as surviving sibling of Thomas F. Hughes, Jr.<br><br>Anne Ielpi, individually, as surviving parent of Jonathan Ielpi<br><br>AnneMarie Holleran, individually, as surviving sibling of Jonathan Ielpi<br><br>Brendan Ielpi, individually, as surviving sibling of Jonathan Ielpi<br><br>Melissa Brengel, individually, as surviving sibling of Jonathan Ielpi<br><br>Ester Yevdayeva, individually, as surviving parent of Daniel Ilkanayev<br><br>Laura Israilov, individually, as surviving sibling of Daniel Ilkanayev<br><br>Laura Israilov, as Personal Representative of the Estate of Malkisadikh Ilkanayev, deceased, the late parent of Daniel Ilkanayev<br><br>James Jenkins, Jr., individually, as surviving sibling of John C. Jenkins<br><br>Jeffrey Jenkins, individually, as surviving sibling of John C. Jenkins<br><br>John Doe 29, being intended to designate the Personal Representative of the Estate of John C. Jenkins, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has | |

| | |
|---|---|
| not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of John C. Jenkins<br><br>John Doe 30 as Personal Representative of the Estate of Florence Detherage, deceased, the late parent of John C. Jenkins<br><br>Jessica Lynn Jurgens, individually, as surviving sibling of Thomas Edward Jurgens<br><br>John Doe 126, being intended to designate the Personal Representative of the Estate of Thomas Edward Jurgens, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Edward Jurgens<br><br>Joseph B. Jurgens, individually, as surviving sibling of Thomas Edward Jurgens<br><br>Joseph E. Jurgens, individually, as surviving parent of Thomas Edward Jurgens<br><br>Elizabeth Khalif, individually, as surviving parent of Boris Khalif<br><br>Elizabeth Khalif, as Personal Representative of the Estate of Lev | |

| | |
|---|---|
| Khalif, deceased, the late parent of Boris Khalif<br><br>John Doe 33, being intended to designate the Personal Representative of the Estate of Karen Kincaid, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Karen Kincaid<br><br>Karyl Kincaid-Noel, individually, as surviving sibling of Karen Kincaid<br><br>Kathryn "Kay" D'Amico, individually, as surviving sibling of Karen Kincaid<br><br>Kristian G. Kincaid, individually, as surviving sibling of Karen Kincaid<br><br>Hans A. Klein, individually, as surviving parent of Peter A. Klein<br><br>Barbara Rastelli, individually, as surviving parent of William Krukowski<br><br>Virginia Krukowski, individually, as surviving sibling of William Krukowski<br><br>Virginia Krukowski, as Personal Representative of the Estate of Walter Krukowski, deceased, the late parent of William Krukowski<br><br>Dakota Hale, individually, as surviving child of Alfred Marchand<br><br>Trae Hale, individually, as surviving child of Alfred Marchand, | |



docs-100591989.1

| | |
|---|---|
| Plaintiffs,<br><br>-against-<br><br>The Republic of the Sudan,<br><br>Defendant. | |

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Republic of the Sudan, arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of December 1, 2020, ECF No. 6547. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF No. 6539, or (b) the Ashton Amended Complaint as to Sudan Defendants in *Ashton v. the Republic of the Sudan*, No. 02-CV- 6977 (GBD)(SN), ECF No. 6537 (in 03-md-1570) (hereinafter "*Ashton* Sudan Amended Complaint").

Upon filing this Sudan Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

**VENUE**

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction is premised on the grounds set forth in the complaints specified below, and further, jurisdiction of this Sudan Short Form Complaint is premised upon and applicable to all defendants in this action:

☐ 28 U.S.C. § 1605(a)(5) (non-commercial tort exception)

☒ 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)

☐ 28 U.S.C. § 1330 (actions against foreign states)

☐ Other (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP):

__________________________________________________________
__________________________________________________________
__________________________________________________________
__________________________________________________________

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

☒ **Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF No. 6539 (check all causes of action that apply):**

☒ COUNT I – Claims under Section 1605A(c) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[1]

☒ COUNT II – Claims under Section 1605A(d) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(d), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[2]

---

1 Section 1605A of the Foreign Sovereign Immunities Act grants a right of action to (1) nationals of the United States, (2) members of the armed forces, (3) employees of the U.S. government (including individuals performing a contract awarded by the U.S. Government) acting within the scope of employment, and legal representatives of persons described in (1), (2), or (3).

2 See preceding footnote.

- ☒ COUNT III – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in Violation of 18 U.S.C. § 2333(d) (JASTA), on behalf of all "U.S. National" Plaintiffs.[3]

- ☒ COUNT IV – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in Violation of 18 U.S.C. § 2333(a), on behalf of all "U.S. National" Plaintiffs.

- ☒ COUNT V – Committing acts of international terrorism in violation of 18 U.S.C. § 2333, on behalf of all "U.S. National" Plaintiffs.

- ☒ COUNT VI – Wrongful Death, on behalf of all plaintiffs bringing Wrongful Death claims.

- ☒ COUNT VII – Negligence, on behalf of all plaintiffs.

- ☒ COUNT VIII – Survival, on behalf of all plaintiffs bringing wrongful death claims.

- ☒ COUNT IX – Alien Tort Claims Act, on behalf of all Alien National Plaintiffs.[4]

- ☒ COUNT X – Assault and Battery, on behalf of all plaintiffs bringing wrongful death and personal injury claims.

- ☒ COUNT XI – Conspiracy, on behalf of all plaintiffs.

- ☒ COUNT XII – Aiding and Abetting, on behalf of all plaintiffs.

- ☒ COUNT XIII – Negligent and/or intentional infliction of emotional distress on behalf of all plaintiffs.

- ☒ COUNT XIV – Liability pursuant to Restatement (SECOND) of Torts §317 and Restatement (THIRD) of Agency § 7.05: Supervising Employees and Agents, on behalf of all plaintiffs.

---

[3] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 et seq., are asserted on behalf of plaintiffs who are U.S. nationals; estates, heirs, and survivors of U.S. nationals; U.S. nationals who are members of a putative class represented by such plaintiffs; plaintiffs who are subrogated to the rights of U.S. nationals who incurred physical injuries to property and related losses as a result of the September 11th attacks; and plaintiffs who are assignees of U.S. nationals killed or injured in the September 11th attacks. The term "U.S. National Plaintiffs" in the context claims under JASTA or the ATA refers to all such parties.

[4] The causes of action pursuant to the Alien Tort Claims Act (ATCA), 28 U.S.C. § 1350, are asserted on behalf of plaintiffs who are alien nationals; estates, heirs, and survivors of alien nationals who are not themselves U.S. nationals; alien nationals who are members of a putative class represented by such plaintiffs; subrogated to the rights of alien nationals who incurred injuries to property and related losses as a result of the September 11th attacks; and assignees of alien nationals killed or injured in the September 11th attacks.

☒ COUNT XV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents, on Behalf of all plaintiffs.

☒ COUNT XVI – 18 U.S.C. § 1962(a)-(d) – Civil RICO, on behalf of all plaintiffs.

☒ COUNT XVII – Trespass, on behalf of all plaintiffs asserting claims for property damage and economic injuries.

☒ COUNT XVIII –Violations of international law, on behalf of all plaintiffs.

☐ ***Ashton* Sudan Amended Complaint, ECF No. 6537 (check all causes of action that apply):**

☐ First Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

☐ Second Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605B of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605B (JASTA) and the Anti-Terrorism Acts.

☐ Third Cause of Action for Personal Injury and Wrongful Death Injuries Pursuant to State Tort Law.

☐ Fourth Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to the Alien tort Claims Act.

☐ Fifth Cause of Action for Punitive Damages.

☐ Sixth Cause of Action for Property Damage.

☐ **Each Plaintiff asserts the following additional theories and/or Causes of Action against the Republic of the Sudan:**

________________________________________________________________
________________________________________________________________
________________________________________________________________

**<u>IDENTIFICATION OF PLAINTIFFS</u>**

4. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Sudan Short Form Complaint, herein referred to as "Plaintiffs."

a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Sudan Short Form Complaint.

b. Plaintiff is entitled to recover damages on the causes of action set forth in this Sudan Short Form Complaint.

c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

d. For those Plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Sudan Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

5. The only Defendant named in this Sudan Short Form Complaint is the Republic of the Sudan.

## NO WAIVER OF OTHER CLAIMS

6. By filing this Sudan Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7. By filing this Sudan Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

**JURY DEMAND**

8. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Sudan Short Form Complaint as appropriate.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Jerry S. Goldman*

Jerry S. Goldman, Esq.
Bruce Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
7 Times Square, 7th Floor
New York, NY 10036
Telephone: (212) 278-1000
jgoldman@andersonkill.com
bstrong@andersonkill.com
agreene@andersonkill.com

*Attorneys for Plaintiffs*

## APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Sudan Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Sudan Short Form Complaint, Allegation 2 of Appendix 1 to the Sudan Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Eneida Ramos | NJ | United States | Rosa Gonzalez | Sibling | United States | Solatium |
| 2 | Esterlina Rivera | NJ | United States | Rosa Gonzalez | Sibling | United States | Solatium |
| 3 | Jose Gonzalez | NJ | United States | Rosa Gonzalez | Sibling | United States | Solatium |
| 4 | Josefina Gonzalez | PA | United States | Rosa Gonzalez | Parent | United States | Solatium |
| 5 | Lydia E. Ramos-Gonzalez | PA | United States | Rosa Gonzalez | Sibling | United States | Solatium |
| 6 | Maria Gonzalez | NJ | United States | Rosa Gonzalez | Sibling | United States | Solatium |
| 7 | Nelida Gonzalez | PA | United States | Rosa Gonzalez | Sibling | United States | Solatium |
| 8 | Reinaldo Ramos-Gonzalez | PA | United States | Rosa Gonzalez | Sibling | United States | Solatium |
| 9 | John Doe 22 | CA | United States | Andrew Peter Charles Curry Green | PR | United States | Solatium/Wrongful Death |
| 10 | Matthew Green | FL | United States | Andrew Peter Charles Curry Green | Sibling | United States | Solatium |
| 11 | Peter E. Green | MA | United States | Andrew Peter Charles Curry Green | Parent | United States | Solatium |
| 12 | Jo Ann McManus | SC | United States | Matthew J. Grzymalski | Sibling | United States | Solatium |
| 13 | Joseph W. Grzymalski as Personal Representative of the Estate of Peter John Grzymalski | NY | United States | Matthew J. Grzymalski | Sibling (Deceased) | United States | Solatium |
| 14 | Joseph Walter Grzymalski | NY | United States | Matthew J. Grzymalski | Sibling | United States | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15 | Patti Ann Valerio | NY | United States | Matthew J. Grzymalski | Sibling | United States | Solatium |
| 16 | Paul Joseph Grzymalski | NY | United States | Matthew J. Grzymalski | Sibling | United States | Solatium |
| 17 | Patricia Byrne | NY | United States | Joseph Gullickson | Sibling | United States | Solatium |
| 18 | Patricia Byrne as Personal Representative of the Estate of Patricia Gullickson | NY | United States | Joseph Gullickson | Parent (Deceased) | United States | Solatium |
| 19 | Ralph Gullickson | NY | United States | Joseph Gullickson | Sibling | United States | Solatium |
| 20 | Ralph Gullickson and Patricia Byrne as Co-Personal Representatives of the Estate of Robert Gullickson, Sr. | NY | United States | Joseph Gullickson | Parent (Deceased) | United States | Solatium |
| 21 | Robert Gullickson, Jr. | NJ | United States | Joseph Gullickson | Sibling | United States | Solatium |
| 22 | Thomas Gullickson | NY | United States | Joseph Gullickson | Sibling | United States | Solatium |
| 23 | Douglas Hall as Personal Representative of the Estate of Herman W. Hall | NY | United States | Richard Hall | Parent (Deceased) | United States | Solatium |
| 24 | Douglas Hall as Personal Representative of the Estate of Ruth Hall | NY | United States | Richard Hall | Parent (Deceased) | United States | Solatium |
| 25 | Douglas W. Hall | NY | United States | Richard Hall | Sibling | United States | Solatium |
| 26 | Shawn C. Hall | IL | United States | Richard Hall | Child | United States | Solatium |
| 27 | Carolyn Marie Kelly | NJ | United States | Timothy J. Hargrave | Sibling | United States | Solatium |
| 28 | James Hargrave, Jr. | NJ | United States | Timothy J. Hargrave | Sibling | United States | Solatium |
| 29 | Jeanmarie Hargrave | NJ | United States | Timothy J. Hargrave | Sibling | United States | Solatium |
| 30 | Kathryn M. Quinn | NJ | United States | Timothy J. Hargrave | Sibling | United States | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 31 | Kathryn M. Quinn, as Personal Representative of the Estate of Kathryn Hargrave | NJ | United States | Timothy J. Hargrave | Parent (Deceased) | United States | Solatium |
| 32 | Mary Ann Struble | MA | United States | Timothy J. Hargrave | Sibling | United States | Solatium |
| 33 | Maureen Murphy | NJ | United States | Timothy J. Hargrave | Sibling | United States | Solatium |
| 34 | Patricia Mansfield | NH | United States | Timothy J. Hargrave | Sibling | United States | Solatium |
| 35 | Beverly Harrington | MA | United States | Melissa M. Harrington-Hughes | Parent | United States | Solatium |
| 36 | John Doe 24 | CA | United States | Melissa M. Harrington-Hughes | PR | United States | Solatium/Wrongful Death |
| 37 | Robert J. Harrington | MA | United States | Melissa M. Harrington-Hughes | Parent | United States | Solatium |
| 38 | Catherine Allen | MA | United States | John Hartz | Child | United States | Solatium |
| 39 | John Hartz, Jr. | FL | United States | John Hartz | Child | United States | Solatium |
| 40 | Abdo Hashem | MA | United States | Peter Hashem | Sibling | United States | Solatium |
| 41 | Najat Janet Hashem | MA | United States | Peter Hashem | Sibling | United States | Solatium |
| 42 | Najat Janet Hashem as Personal Representative of the Estate of Rose Sue Hashem | MA | United States | Peter Hashem | Sibling (Deceased) | United States | Solatium |
| 43 | Najwah Miceli | MA | United States | Peter Hashem | Sibling | United States | Solatium |
| 44 | Sabah Hashem-Daher | MA | United States | Peter Hashem | Sibling | United States | Solatium |
| 45 | Barbara Haskell as Personal Representative of the Estate of Thomas Haskell | NY | United States | Timothy Haskell | Sibling (Deceased) | United States | Solatium |
| 46 | Dawn H. Carbone | NY | United States | Timothy Haskell | Sibling | United States | Solatium |
| 47 | John Doe 26 | NY | United States | Timothy Haskell | PR | United States | Solatium/Wrongful Death |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48 | Kenneth Haskell | NY | United States | Timothy Haskell | Sibling | United States | Solatium |
| 49 | Kevin Haskell | NY | United States | Timothy Haskell | Sibling | United States | Solatium |
| 50 | Maureen Haskell | NY | United States | Timothy Haskell | Parent | United States | Solatium |
| 51 | Belinda Barino Dillard | NY | United States | Ronnie Henderson | Sibling | United States | Solatium |
| 52 | Bernice Dawn Dillard | NY | United States | Ronnie Henderson | Sibling | United States | Solatium |
| 53 | Sharon Henderson | CA | United States | Ronnie Henderson | Sibling | United States | Solatium |
| 54 | Valestine Henderson | NY | United States | Ronnie Henderson | Sibling | United States | Solatium |
| 55 | Kenneth Alan Davidson as Personal Representative of the Estate of David Cannella | CT | United States | Judith Hofmiller | Child (Deceased) | United States | Solatium |
| 56 | Robert Hofmiller | CT | United States | Judith Hofmiller | Sibling | United States | Solatium |
| 57 | Robert Hofmiller as Personal Representative of the Estate of Emma Graves | CT | United States | Judith Hofmiller | Parent (Deceased) | United States | Solatium |
| 58 | Iris Marie Holohan | NY | United States | Thomas P. Holohan | Parent | United States | Solatium |
| 59 | Jennifer Holohan | NY | United States | Thomas P. Holohan | Sibling | United States | Solatium |
| 60 | Mary Alice Holohan | NY | United States | Thomas P. Holohan | Sibling | United States | Solatium |
| 61 | Megan Holohan | NY | United States | Thomas P. Holohan | Sibling | United States | Solatium |
| 62 | Sean Holohan | NY | United States | Thomas P. Holohan | Sibling | United States | Solatium |
| 63 | Anane Crandon | NY | United States | Uhuru Houston | Sibling | United States | Solatium |
| 64 | Efia Crandon | NY | United States | Uhuru Houston | Sibling | United States | Solatium |
| 65 | Efia Crandon as Personal Representative of the Estate of Estella Crandon | NY | United States | Uhuru Houston | Parent (Deceased) | United States | Solatium |
| 66 | Kyra Houston | NY | United States | Uhuru Houston | Sibling | United States | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 67 | Deborah Bodner | NC | United States | Thomas F. Hughes, Jr. | Sibling | United States | Solatium |
| 68 | Deborah Bodner as Personal Representative of the Estate of Frances S. Hughes | NC | United States | Thomas F. Hughes, Jr. | Parent (Deceased) | United States | Solatium |
| 69 | Harold Hughes | NJ | United States | Thomas F. Hughes, Jr. | Sibling | United States | Solatium |
| 70 | Kathleen Creran as Personal Representative of the Estate of Kevin T. Hughes | NJ | United States | Thomas F. Hughes, Jr. | Sibling (Deceased) | United States | Solatium |
| 71 | Mark F. Hughes | NC | United States | Thomas F. Hughes, Jr. | Sibling | United States | Solatium |
| 72 | Martin S. Hughes | CA | United States | Thomas F. Hughes, Jr. | Sibling | United States | Solatium |
| 73 | Tara Leonardi | PA | United States | Thomas F. Hughes, Jr. | Sibling | United States | Solatium |
| 74 | Anne Ielpi | NY | United States | Jonathan Ielpi | Parent | United States | Solatium |
| 75 | AnneMarie Holleran | NY | United States | Jonathan Ielpi | Sibling | United States | Solatium |
| 76 | Brendan Ielpi | NY | United States | Jonathan Ielpi | Sibling | United States | Solatium |
| 77 | Melissa Brengel | NY | United States | Jonathan Ielpi | Sibling | United States | Solatium |
| 78 | Ester Yevdayeva | NY | United States | Daniel Ilkanayev | Parent | United States | Solatium |
| 79 | Laura Israilov | NY | United States | Daniel Ilkanayev | Sibling | United States | Solatium |
| 80 | Laura Israilov, as Personal Representative of the Estate of Malkisadikh Ilkanayev | NY | United States | Daniel Ilkanayev | Parent (Deceased) | United States | Solatium |
| 81 | James Jenkins, Jr. | KY | United States | John C. Jenkins | Sibling | United States | Solatium |
| 82 | Jeffrey Jenkins | KY | United States | John C. Jenkins | Sibling | United States | Solatium |
| 83 | John Doe 29 | MA | United States | John C. Jenkins | PR | United States | Solatium/Wrongful Death |
| 84 | John Doe 30 as Personal Representative of the Estate of | KY | United States | John C. Jenkins | Parent (Deceased) | United States | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Florence Detherage | | | | | | |
| 85 | Jessica Lynn Jurgens | NY | United States | Thomas Edward Jurgens | Sibling | United States | Solatium |
| 86 | John Doe 126 | FL | United States | Thomas Edward Jurgens | PR | United States | Solatium/Wrongful Death |
| 87 | Joseph B. Jurgens | NY | United States | Thomas Edward Jurgens | Sibling | United States | Solatium |
| 88 | Joseph E. Jurgens | FL | United States | Thomas Edward Jurgens | Parent | United States | Solatium |
| 89 | Elizabeth Khalif | NY | United States | Boris Khalif | Parent | United States | Solatium |
| 90 | Elizabeth Khalif, as Personal Representative of the Estate of Lev Khalif | NY | United States | Boris Khalif | Parent (Deceased) | United States | Solatium |
| 91 | John Doe 33 | DC | United States | Karen Kincaid | PR | United States | Solatium/Wrongful Death |
| 92 | Karyl Kincaid-Noel | IA | United States | Karen Kincaid | Sibling | United States | Solatium |
| 93 | Kathryn "Kay" D'Amico | IA | United States | Karen Kincaid | Sibling | United States | Solatium |
| 94 | Kristian G. Kincaid | IA | United States | Karen Kincaid | Sibling | United States | Solatium |
| 95 | Hans A. Klein | NY | United States | Peter A. Klein | Parent | United States | Solatium |
| 96 | Barbara Rastelli | FL | United States | William Krukowski | Parent | United States | Solatium |
| 97 | Virginia Krukowski | FL | United States | William Krukowski | Sibling | United States | Solatium |
| 98 | Virginia Krukowski, as Personal Representative of the Estate of Walter Krukowski | FL | United States | William Krukowski | Parent (Deceased) | United States | Solatium |
| 99 | Dakota Hale | MT | United States | Alfred Marchand | Child | United States | Solatium |
| 100 | Trae Hale | NM | United States | Alfred Marchand | Child | United States | Solatium |



docs-100591989.1